UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH SANZ,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF OFFICE, et al.,<br><br>　　　　　Defendants. | No. 2:24-cv-00630 SCR P<br><br>ORDER TO SHOW CAUSE |

　　　Plaintiff is a county prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On March 31, 2025, the undersigned screened plaintiff's complaint and determined it stated a cognizable First Amendment mail access claim against defendants Solano County Sheriff Office and Lt. A. Hagen in his official capacity, but no other cognizable claims. (ECF No. 6.) The order instructed plaintiff to notify the court within 21 days whether plaintiff wanted to proceed on the screened complaint or file an amended complaint. (Id. at 6.) More than 21 days have passed, and plaintiff has not responded.

　　　On April 7, 2025, the Solano County Sheriff Office filed a notice that plaintiff is no longer in its custody. (ECF No. 8.) Under Local Rule 183(b), parties appearing in propria persona shall keep the Court advised as to their current address. If mail directed to a plaintiff in propria persona by the Clerk is returned, and if such plaintiff fails to notify the Court within thirty (30)

days thereafter of a current address, the Court may dismiss the action without prejudice for failure to prosecute. Id. Absent such notice, service of documents at the prior address of the pro se party shall be fully effective. Local Rule 182(f).

Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 21 days**, why the failure to file an updated address should not result in a recommendation that this case be dismissed based on failure to prosecute under Local Rule 183(b). If Plaintiff fails to respond, the court will recommend dismissal of this case.

SO ORDERED.

DATED: May 19, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE