UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH SANZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF OFFICE, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-00630 SCR P<br><br><br>ORDER |

　　Plaintiff is a state prisoner proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On March 31, 2025, the undersigned screened plaintiff's complaint and determined it stated a cognizable First Amendment claim against defendants Solano County Sheriff's Office and Lt. A. Hagen in his official capacity. (ECF No. 6.) The order gave plaintiff the option of proceeding on his cognizable claim or filing an amended complaint. (Id. at 8-9.)

　　On April 7, 2025, the Solano County Sheriff Office filed a notice that plaintiff is no longer in its custody. (ECF No. 8.) The undersigned then ordered plaintiff to show cause why his failure to file an updated address should not result in a recommendation that this case be dismissed for failure to prosecute under Local Rule 183(b). (ECF No. 9.) Plaintiff has since updated his address and provided timely notice that he would like to proceed on his cognizable

1

First Amendment claim.  (ECF No. 10.)

In accordance with the above, IT IS HEREBY ORDERED that:

1. For good cause shown, the order to show cause (ECF No. 9) is discharged.
2. The Clerk of the Court shall remove defendant Solano County Justice Center from the Docket.
3. Service is appropriate for the following defendants:
   a. **Solano County Sheriff's Office**; and
   b. **Lt. A. Hagen**, in his official capacity.
4. The Clerk of the Court shall send plaintiff two (2) USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed February 27, 2024.
5. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:
   a. The completed, signed Notice of Submission of Documents;
   b. One completed summons;
   c. One completed USM-285 form for each defendant listed in number 3 above; and
   d. Three (3) copies of the endorsed complaint filed February 27, 2024.
6. Plaintiff need not attempt service on defendants and need not request waiver of service.  Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.
7. Failure to return the documents within the time permitted, will result in a recommendation that this action be dismissed for failure to prosecute based on Rule 41(b) of the Federal Rules of Civil Procedure.

DATED: June 2, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH SANZ,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>SOLANO COUNTY SHERIFF OFFICE, et al.,<br><br>　　　　Defendants. | No. 2:24-cv-00630 SCR P<br><br><br>NOTICE OF SUBMISSION |

Plaintiff submits the following documents in compliance with the court's order filed _____:

　　\_\_\_\_　　completed summons form

　　\_\_\_\_　　completed USM-285 forms

　　\_\_\_\_　　copies of the complaint

DATED:

　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　Plaintiff

1