UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH SANZ,<br><br>    Plaintiff,<br><br>    v.<br><br>SOLANO COUNTY SHERIFF OFFICE, et al.,<br><br>    Defendants. | No. 2:24-cv-00630 SCR P<br><br>ORDER TO SHOW CAUSE |

Plaintiff was formerly incarcerated in a county jail and is proceeding pro se and in forma pauperis with a civil rights action under 42 U.S.C. § 1983. On June 3, 2025, the undersigned issued an order finding service appropriate for defendants Solano County Sheriff's Office and Lt. A. Hagen and directed plaintiff to complete and submit the attached Notice of Submission documents within 30 days. (ECF No. 11.) The order advised plaintiff that a failure to return the documents within the time permitted would result in a recommendation that the action be dismissed for failure to prosecute under Rule 41(b) of the Federal Rules of Civil Procedure. More than 30 days have passed, and plaintiff has not returned the service documents or otherwise responded to the order.

/////

/////

1

    Good cause appearing, IT IS HEREBY ORDERED that **Plaintiff shall show cause, in writing, within 21 days**, why the failure to complete and submit the service documents should not result in a recommendation that this case be dismissed based on failure to prosecute under Rule 41(b).  If Plaintiff fails to respond, the court will recommend dismissal of this case.

DATED: September 24, 2025

_____
SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE