UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL JOSEPH SANZ,<br>Plaintiff,<br>v.<br>SOLANO COUNTY SHERIFF OFFICE, et al.,<br>Defendants. | No. 2:24-cv-00630 DAD SCR P<br><u>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION WITHOUT PREJUDICE</u><br>(Doc. No. 16) |

Plaintiff Michael Joseph Sanz is a former county jail inmate proceeding *pro se* and *in forma pauperis* in this civil rights action brought pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On November 5, 2025, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed due to plaintiff's failure to prosecute and failure to comply with the court's orders. (Doc. No. 16.) Specifically, the magistrate judge concluded that despite being given the opportunity to do so, plaintiff had failed to provide additional information necessary to effect service on the named defendants as ordered by the court. (*Id.*; *see also* Doc. No. 11.) Accordingly, the magistrate judge first issued an order to show cause requiring plaintiff to show cause in writing within twenty–one days why this action

should not be dismissed due to his failure to provide the necessary service information as ordered by the court. (*Id.*; *see also* Doc. No. 14.) When plaintiff failed to respond to the order to show cause or to provide the necessary information to effect service, the magistrate judge issued the pending findings and recommendations recommending dismissal of this action without prejudice. (*Id.* at 2–3.)

The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 2.) To date, no objections to the findings and recommendations have been filed, and the time in which to do so has long since passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court concludes that the findings and recommendations are supported by the record and by proper analysis.

Accordingly:

1. The findings and recommendations issued on November 5, 2025 (Doc. No. 16) are adopted in full;
2. This action is dismissed without prejudice due to plaintiff's failure to prosecute and failure to comply with the court's orders; and
3. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated: **August 16, 2026**

Dale A. Drozd

DALE A. DROZD
UNITED STATES DISTRICT JUDGE